```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
_____
                            :
TONY RODRIGUEZ,             :
                            :    No. 21-cv-20403 (NLH)(AMD)
            Plaintiff,      :
                            :
       v.                   :    MEMORANDUM OPINION
                            :
                            :
CUMBERLAND COUNTY D.O.C.,   :
et al.,                     :
                            :
            Defendants.     :
_____:
```

IT APPEARING THAT:

1. Plaintiff Tony Rodriguez filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. The Court permitted the complaint to proceed on September 22, 2022, ECF No. 6.

3. On September 29, 2022, mail sent to Plaintiff at his address of record was returned as undeliverable. ECF No. 8. The envelope was marked "return to sender" and "N/H," which the Court understands to mean "not here." Id. at 15.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such

1

change by filing a notice of said change with the Clerk.").

    5.   The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

    6.   An appropriate order follows.


Dated: December 20, 2022        s/ Noel L. Hillman
At Camden, New Jersey        NOEL L. HILLMAN, U.S.D.J.